**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00464-CV

**METROCARE SERVICES, Appellant**

**V.**

**CANDACE LOVE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17677**

## ORDER

Before the Court is appellee's June 26, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 3, 2018**.

                                 /s/     ADA BROWN
                                          JUSTICE